IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:03-CR-88-1H
No. 4:05-CV-131-H

| | |
|---|---|
| TORRIE MONTREZ HOOD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court on the government's motion for extension of time and petitioner's motion to strike or for summary judgment. For good cause shown, the government's motion for extension of time [DE #122] is GRANTED and the motion to dismiss filed on February 15, 2006 is deemed timely filed and will be considered. In light of the granting of the government's motion for extension of time, petitioner's motion to strike or for summary judgment [DE #129] is DENIED.

The clerk is directed to reissue the Rule 12 letter to petitioner, giving petitioner an additional twenty (20) days to respond to the government's motion to dismiss.

This the 13th day of November, 2006.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#30